ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 14-619 SJO (JCGx) |
| Plaintiff, | |
| vs. | **CONSENT JUDGMENT OF FORFEITURE** |
| $69,580.00 IN U.S. CURRENCY, | |
| Defendant. | |

     This action was filed on January 27, 2014 against the defendant $69,580.00 in U.S. Currency. Motti Daba ("Daba") claims an interest in the defendant $69,580.00 in U.S. Currency, but has not filed a claim or answer in this case. No other

1

parties have appeared in this case and the time for filing such statements of interest and answers has expired. Plaintiff United States of America and Daba have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $69,580.00 in U.S. Currency other than Daba are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture. Daba is relieved of his obligation to file a claim or an answer in this litigation.

3. The United States of America shall have judgment as to $60,580.00 of the defendant currency and all interest earned of the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said funds in accordance with law.

4. $9,000.00 of the defendant currency, without interest, shall be returned to Daba by either check or wire transfer. If the United States elects to make the payment by check, the check will be payable to "Motti Daba and Law Offices of Allen G. Weinberg Client Trust Account," and mailed to attorney Allen G. Weinberg, Esq. at the Law Offices of Allen G. Weinberg, 9454 Wilshire Boulevard, Suite 600, Beverly Hills, California 90212.

If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the Law Offices of Allen G. Weinberg Client Trust Account.  Daba and his attorney shall provide any and all information needed to process the return of these funds according to federal law.

5.   Daba has agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration and the Long Beach Police Department, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Daba, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.   The court finds that there was reasonable cause for the seizure of the defendant $69,580.00 in U.S. Currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: May 1, 2014

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

DATED: April ___, 2014     ANDRÉ BIROTTE JR.
                           United States Attorney
                           CHRISTINE C. EWELL
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section


                                 /S/
                           KATHARINE SCHONBACHLER
                           Assistant United States Attorney
                           Attorneys for Plaintiff
                           United States of America


DATED: April ___, 2014     LAW OFFICES OF ALLEN G. WEINBERG


                                 /S/
                           ALLEN G. WEINBERG, ESQ.
                           Attorney for MOTTI DABA


DATED: April ___, 2014          /S/
                           MOTTI DABA

4